IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

ROBBIE LEE TURNER,

        Defendant.

:
:
:
:
:

Case No.   3:08cr151

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE, REVOKING SAME AND IMPOSING
SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW;
RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; NO PROCEDURAL
OR SUBSTANTIVE OBJECTIONS VOICED; TERMINATION ENTRY

---

On April 25, 2017, the Defendant, having previously been found in violation of his
supervised release which began May 24, 2013, appeared in open Court for final disposition.

Pursuant to the record made at that time, the Defendant's supervised release was revoked
and he was remanded to the custody of the Attorney General of the United States, the Bureau of
Prisons, for a period of twenty-four months, to be served consecutively to the anticipated seven
year sentence imposed by the Montgomery County Court of Common Pleas, with no re-imposed
period of supervision to follow.

Following the above, the Defendant was explained his right of appeal and he orally
indicated an understanding of same.

Neither government's counsel nor counsel for the Defendant voiced any procedural or
substantive objections to this Court's sentence.

As far as recommendations to the Bureau of Prisons are concerned, the Court recommends that Defendant be given credit for all allowable pre-sentence jail time served, that Defendant be incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security status, and that he receive a mental health assessment while incarcerated and, if deemed necessary, counseling.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 26, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Melissa Stidham, U.S. Probation Officer
Bureau of Prisons