# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :   Case No. 3:08-cr-151

        District Judge Walter H. Rice
- vs -         Magistrate Judge Michael R. Merz

ROBBIE LEE TURNER,

        Defendant.    :

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 57) to the Magistrate Judge's Report and Recommendations (ECF No. 56).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

January 8, 2018.

                                                        Walter Herbert Rice
                                                        United States District Judge